Errata

*JMC Steel Grp. v. United States*, Court No. 13-00022, Slip Op. 14-120, dated October 15, 2014.

Page 48 n.16 in the fourth line and page 50 in the twentieth line, change "ADIPCO" to "ADPICO."

October 27, 2014